UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

To the Marshal of the District of Massachusetts, or any of his deputies, and to:

**Superintendent, Essex County House of Correction**

YOU ARE COMMANDED to have the body of **Shawn Robert Pelley dob 1976** now in your custody, before the United States Courthouse, One Courthouse Way, Boston, MA Courtroom No. **11**, on **September 14, 2012** at **2:30PM**, for the purpose of **a Rule 11 Hearing** in the case of **United States v. Pelley**
No. **12-10252-DJC**

And you are to retain the body of said **Shawn Robert Pelley** while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return the said **Shawn Robert Pelley** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 30th day of August, 2012.

Sarah A. Thornton
Clerk,

By: /s/ Lisa M. Hourihan