AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
для
District of Massachusetts

FILED
IN CLERKS OFFICE

2012 SEP 11  P 1:49

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  12-cr-10252-DJC |
| SHAWN PELLEY | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised [in open court] of my rights and the nature of the proposed charges against me.
BY MY ATTORNEY

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 9/10/12

_____
Defendant's signature

_____
Signature of defendant's attorney

Michael C. Andrews
Printed name of defendant's attorney

_____
Judge's signature

Denise J. Casper
Judge's printed name and title